IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Burney, Dwain O | Case Number: 04 B 41509 |
| --- | --- | --- |
| | Anderson, Tamika M | Judge: Squires, John H |
| | Printed: 1/17/06 | Filed: 11/9/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: September 29, 2005
Confirmed:  December 22, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
| --- | ---: | ---: |
|  | 1,408.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 426.45 |
| Priority: |  | 0.00 |
| Administrative: |  | 910.41 |
| Trustee Fee: |  | 71.13 |
| Other Funds: |  | 0.01 |
| Totals: | 1,408.00 | 1,408.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | ---: | ---: |
| 1. | Macey & Aleman | Administrative | 2,200.00 | 910.41 |
| 2. | Triad Financial Services | Unsecured | 2,018.24 | 0.00 |
| 3. | CB USA | Unsecured | 143.11 | 426.45 |
| 4. | Asset Acceptance | Unsecured | 541.82 | 0.00 |
| 5. | St Margaret Mercy Hospital | Unsecured | 248.21 | 0.00 |
| 6. | St Margaret Mercy Hospital | Unsecured | 72.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 240.91 | 0.00 |
| 8. | Emergency Medicine | Unsecured | 25.80 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 274.03 | 0.00 |
| 10. | Community Hospital | Unsecured | 90.71 | 0.00 |
| 11. | Community Hospital | Unsecured | 49.40 | 0.00 |
| 12. | Family Care Center PC | Unsecured | 103.82 | 0.00 |
| 13. | Community Hospital | Unsecured | 41.85 | 0.00 |
| 14. | Family Medical Center Of Westchester | Unsecured | | No Claim Filed |
| 15. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 16. | Asset Acceptance | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | AT&T | Unsecured | | No Claim Filed |
| 19. | Caleel & Associates | Unsecured | | No Claim Filed |
| 20. | Box Office Video | Unsecured | | No Claim Filed |
| 21. | Cingular Wireless | Unsecured | | No Claim Filed |
| 22. | Cellular One | Unsecured | | No Claim Filed |
| 23. | Check Protection System | Unsecured | | No Claim Filed |
| 24. | Daleys Ambulance Med Supply | Unsecured | | No Claim Filed |
| 25. | Dependon Collections Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Burney, Dwain O | Case Number: 04 B 41509 |
| --- | --- | --- |
| | Anderson, Tamika M | Judge: Squires, John H |
| | Printed: 1/17/06 | Filed: 11/9/04 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | Ameritech | Unsecured | | No Claim Filed |
| 27. | Hammond City Court | Unsecured | | No Claim Filed |
| 28. | IMH Laboratory Physicians SC | Unsecured | | No Claim Filed |
| 29. | Z-Tel Communications Inc | Unsecured | | No Claim Filed |
| 30. | Ingalls Family Care Center | Unsecured | | No Claim Filed |
| 31. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| 32. | Midwest Emergency | Unsecured | | No Claim Filed |
| 33. | Mercantile Bank | Unsecured | | No Claim Filed |
| 34. | Primary Healthcare Associates | Unsecured | | No Claim Filed |
| 35. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 36. | Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| 37. | Southwest Laboratory Physican | Unsecured | | No Claim Filed |
| 38. | Humana Employers Health | Unsecured | | No Claim Filed |
| 39. | Hammond City Court | Unsecured | | No Claim Filed |
| 40. | Van Ru Collection Agency | Unsecured | | No Claim Filed |
| 41. | United Credit Natl Bank | Unsecured | | No Claim Filed |
| 42. | Harvey Anesthesiologists SC | Unsecured | | No Claim Filed |

$ 6,049.90    $ 1,336.86

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 6.5% | 38.51 |
| 4% | 32.62 |

$ 71.13

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley*